**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ELIEZER TAVERAS and VALERIA
ROSA TAVERAS,

        Plaintiffs,

v.                                        Case No:  6:20-cv-973-Orl-78EJK

BANK OF AMERICA, N.A., SERVICE
ONE INC. and CHRISTIANA TRUST,

        Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the record. On August 26, 2020, this Court ordered Plaintiffs to show cause on or before September 8, 2020, why this case should not be dismissed for failure to timely file a case management report. (Doc. 60 at 1). Plaintiffs were warned that failure to timely respond to the Order and file a case management report would result in dismissal without further notice. (*Id.*).

Plaintiffs' time for responding has now lapsed, and Plaintiffs have neither timely responded nor filed a case management report as directed by this Court. Therefore, pursuant to Federal Rule of Civil Procedure 16(f)(1)(C) and the inherent authority of this Court to regulate its docket, it is **ORDERED** and **ADJUDGED** that the Amended Complaint (Doc. 66) is **DISMISSED without prejudice**. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Orlando, Florida on September 24, 2020.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party